In re MADSON STEELE CO. (Circuit Court of Appeals, Second Circuit. June 15, 1908.) No. 271. Petition to Review Order of the District Court of the United States for the Southern District of New York. Abram I. Elkus, for petitioner. Wm. B. Hornblower, amicus curiæ. Before COXE, WARD, and NOYES, Circuit Judges.

PER CURIAM. We have decided to certify the question involved to the Supreme Court. We were informed at the argument that a cause is pending in that court involving the same question. In view of the importance of the question, we think the Supreme Court should have the benefit of the argument of counsel against, as well as in favor of, the contention of the petitioner. As this is an ex parte proceeding, we suggest that application be made to the Supreme Court for a rule setting the case for hearing with the other case above referred to. Counsel may submit statement of proposed question.

---

NORTH CHICAGO ST. R. CO. et al. v. CHICAGO UNION TRACTION CO. et al. WEST CHICAGO ST. R. CO. et al. v. SAME. (Circuit Court of Appeals, Seventh Circuit. April 30, 1908.) Nos. 1,413, 1,414. On second appeal. See 150 Fed. 612; 154 Fed. 1005.

PER CURIAM. These causes came on to be heard on the transcript of the record from the Circuit Court of the United States for the Northern District of Illinois, Eastern Division, and on the stipulation of the parties hereto, on consideration whereof, it is now here ordered, adjudged, and decreed by this court that the decrees of the said Circuit Court in these causes be and the same are hereby affirmed, and each party shall pay his or its own costs.